JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA<br><br>Plaintiff,<br><br>vs.<br><br>LTD FINANCIAL SERVICES, L.P.,<br><br>Defendant. | Case No.  SACV12-2222 DOC (JPRx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the stipulation to dismiss this action is granted.  This action is ordered to be dismissed in its entirety **WITH PREJUDICE.**

Dated: June 11, 2013

*David O. Carter*
_____
Hon. David O. Carter
United States District Court Judge